# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HENRY FROMETA GONZALEZ, ) | | 3:15-CV-0588-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | September 16, 2016 |
| ) | | |
| JAMES G. COX, et al., ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Michael Fletcher, who is no longer an employee of the Nevada Department of Corrections (ECF No. 16).  However, the Attorney General has filed the last known address of Michael Fletcher *under seal* (ECF No. 17).  Plaintiff's motion for issuance of summons (#19) is **GRANTED in part** as to defendant Michael Fletcher.  The motion is **DENIED in part** as to defendant Kimberlee McKew because the Attorney General filed a supplemental notice of acceptance of service (ECF No. 22) as to Ms. McKew.

The Clerk shall **ISSUE** a summons for **Michael Fletcher** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 17).  The Clerk shall **SEND** to plaintiff one USM-285 form.  The Clerk shall **SEND** one copy of the complaint (ECF No. 15), and one copy of this order to the U.S. Marshal for service on the defendant.  Plaintiff shall have until **Friday, September 30, 2016** to complete the USM-285 service form and return it to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV  89501 for service.

If plaintiff fails to follow this order, defendant Michael Fletcher will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/          
Deputy Clerk